**O**
**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIRSTIE BLAIRE, | Case No. 2:25-cv-10337-ODW (Ex) |
| Plaintiff, | |
| v. | **FINAL JUDGMENT** |
| GLOSKN LLC, | |
| Defendant. | |

///

///

///

///

///

///

///

///

///

///

///

///

///

1

Pursuant to the Court's Order Granting Plaintiff's Motion for Default Judgment, (Dkt. No. 22), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. **JUDGMENT** is entered in favor of Plaintiff and against Defendant Gloskn LLC, in accordance with this Court's Order Granting Plaintiff's Motion for Default Judgment;

2. The Court **AWARDS** Plaintiffs damages in the amount of **$1,494.00**; and

3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

March 20, 2026

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**

2